U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
OCT 18 2012

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:12CR00284 SWW |
| | ) | |
| OWEN DANIEL SMITH | ) | 18 U.S.C. § 661 |

## INFORMATION

### COUNT ONE

{18 U.S.C. Section 661}

On and between October 2009 and September 2011, in the Eastern District of Arkansas, the defendant,

**Owen Daniel Smith,**

took and carried away with the intent to steal and purloin personal property of another, to wit, more than $1,000.00 belonging to Civilian Technicians Association Chapter 117, a labor organization described by Title VII of the Civil Service Reform Act of 1978, in violation of Title 18, United States Code, Section 661.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By: _____
JOHN RAY WHITE
Assistant United States Attorney
john.white2@usdoj.gov
Ar. Bar No. 91003
P.O. BOX 1229
Little Rock, Arkansas 72203
(501)340-2600